UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOPHIA BALOW, et al.,

       Plaintiffs,　　　　　　　　　Case No. 1:21−cv−44

v.　　　　　　　　　　　　　　　Hon. Hala Y. Jarbou

MICHIGAN STATE UNIVERSITY, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Protective Order (ECF No. 54) |
| Date/Time: | February 22, 2022   11:00 AM |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

                        PHILLIP J. GREEN
                        U.S. Magistrate Judge

Dated:  February 10, 2022　　By:  /s/ Jessica K. Wright
                                           Judicial Assistant