IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

SOPHIA BALOW, et al.,

    Plaintiffs,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.

Civil Action No. 1:21-cv-0044

Hon. Hala Y. Jarbou

Magistrate Judge Phillip J. Green

| | |
|---|---|
| BAILEY GLASSER, LLP<br>Lori Bullock AT0012240<br>PO Box 197, Akeny, IA 50023<br>Telephone: (515) 416-9051<br>lbullock@baileyglasser.com<br>*Attorney for Plaintiffs* | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>Scott R. Eldridge (P66452)<br>Brian M. Schwartz (P69018)<br>Ashley N. Higginson (P83992)<br>Erika L. Giroux (P81998)<br>One Michigan Ave. Suite 900<br>Lansing, MI 48933<br>eldridge@millercanfield.com<br>schwartzb@millercanfield.com<br>higginson@millercanfield.com<br>giroux@millercanfield.com<br>*Attorneys for Defendants* |
| NEWKIRK ZWAGERMAN, PLC<br>Jill Zwagerman, AT0000324<br>Danya Keller AT0012300<br>521 E. Locust Street, Suite 300<br>Des Moines, IA 50309<br>Telephone: (515) 883-2000<br>jzwagerman@newkirklaw.com<br>dkeller@newkirklaw.com<br>*Attorney for Plaintiffs* | MICHIGAN STATE UNIVERSITY OFFICE OF THE GENERAL COUNSEL<br>Uriel Abt (P84350)<br>426 Auditorium Rd., Rm. 494<br>East Lansing, MI 48824-2600<br>(517) 353-4934<br>abturiel@msu.edu<br>*Attorneys for Defendants* |
| BOGAS & KONCIUS, PC<br>Brian E. Koncius (P69278)<br>Local Counsel for Plaintiffs<br>31700 Telegraph Road, Suite 160<br>Bingham Farms, MI 48025<br>Telephone: (248) 502-5001<br>bkoncius@kbogaslaw.com<br>*Attorney for Plaintiffs* | |

**STIUPLATED ORDER ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER UNDER <mark>FED. R. CIV. P. 26(b)(2)(C)</mark> AND <mark>FED. R. CIV. P. 26(c)</mark> <u>PRECLUDING DEPOSITIONS OF SAMUEL L. STANLEY JR. AND ALAN HALLER</u>**

    This matter, having come before the Court on Defendants' Michigan State University and

Michigan State University Board of Trustees (collectively, "MSU") January 26, 2022 Motion for

1

Protective Order Under Fed. R. Civ. P. 26(b)(2)(C) and Fed. R. Civ. P. 26(c) Precluding Depositions of Samuel L. Stanley Jr. and Alan Haller [ECF No. 54]; the Court having received and considered the parties' briefs on the matter [ECF Nos. 54, 56]; the Court having conducted and heard oral argument on March 9, 2022; and the Court being otherwise fully advised on the matter;

**IT IS HEREBY ORDERED**, for the reasons stated on the record, that MSU's Motion is GRANTED in part, and DENIED in part, as follows:

1. MSU President Samuel L. Stanley, Jr. shall not be deposed in this matter;

2. Plaintiffs may take MSU Athletic Director Alan Haller's deposition subject to the following limitations:

    a. Mr. Haller's deposition shall not exceed three hours in length, not including reasonable breaks

    b. Plaintiffs' deposition of Mr. Haller is restricted to the following subjects:

    (i) Communications Mr. Haller may have had with MSU Coaches and/or Athletic Department staff that relate to the University's athletic participation opportunities under Title IX;

    (ii) Communications Mr. Haller may have had with William Beekman that relate to the University's athletic participation opportunities under Title IX;

    (iii) The status, including current status, of the University's swimming and diving team pool facilities that existed as of October 2020, when MSU announced its decision to discontinue the swimming and diving program.

Date:  March 14, 2022

/s/Phillip J. Green
———————————————————
Hon. Phillip J. Green
Magistrate Judge
United States District Court for W.D. Mich.