# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

SOPHIA BALOW, et al.,

    Plaintiffs,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.

Civil Action No. 1:21-cv-0044

Hon. Hala Y. Jarbou

Magistrate Judge Phillip J. Green

---

BAILEY GLASSER, LLP
Lori Bullock AT0012240
PO Box 197, Akeny, IA 50023
Telephone: (515) 416-9051
lbullock@baileyglasser.com
*Attorney for Plaintiffs*

NEWKIRK ZWAGERMAN, PLC
Jill Zwagerman, AT0000324
Danya Keller AT0012300
521 E. Locust Street, Suite 300
Des Moines, IA 50309
Telephone: (515) 883-2000
jzwagerman@newkirklaw.com
dkeller@newkirklaw.com
*Attorney for Plaintiffs*

BOGAS & KONCIUS, PC
Brian E. Koncius (P69278)
Local Counsel for Plaintiffs
31700 Telegraph Road, Suite 160
Bingham Farms, MI 48025
Telephone: (248) 502-5001
bkoncius@kbogaslaw.com
*Attorney for Plaintiffs*

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Scott R. Eldridge (P66452)
Brian M. Schwartz (P69018)
Ashley N. Higginson (P83992)
Erika L. Giroux (P81998)
One Michigan Ave. Suite 900
Lansing, MI 48933
eldridge@millercanfield.com
schwartzb@millercanfield.com
higginson@millercanfield.com
giroux@millercanfield.com
*Attorneys for Defendants*

MICHIGAN STATE UNIVERSITY OFFICE OF THE GENERAL COUNSEL
Elizabeth M. Watza (P81129)
426 Auditorium Rd., Rm. 494
East Lansing, MI 48824-2600
(517) 353-4934
watzaeli@msu.edu
*Attorneys for Defendants*

## DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION TO EXTEND DISPOSTIVE MOTION DEADLINE

## EXPEDITED CONSIDERATION REQUESTED

For its brief, Defendants rely on their concurrently filed Motion (incorporated herein by reference), Fed. R. Civ. P. 1 and 16(b)(4), controlling case law, and this Court's Local Rules.

WHEREFORE, Defendants respectfully request an extension of the dispositive motion deadline date of May 1, 2022 (ECF No. 63) and request that a new due date be determined at the upcoming May 11, 2022 Scheduling Conference with the Court, to the extent the Settlement Conference scheduled for that same date is unsuccessful (ECF Nos. 77 and 78).

> Respectfully submitted,
>
> MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
>
> By: /s/ *Scott R. Eldridge*
> Scott R. Eldridge (P66452)
> Brian M. Schwartz (P69018)
> Ashley N. Higginson (P83992)
> Erika L. Giroux (P81998)
> One Michigan Ave. Suite 900
> Lansing, MI 48933
> eldridge@millercanfield.com
> schwartzb@millercanfield.com
> higginson@millercanfield.com
> giroux@millercanfield.com
> *Attorneys for Defendants*

Dated: April 21, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system that will send notification of such filing upon all ECF filing participants.

> MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
>
> /s/ *Scott R. Eldridge*
>
> Scott R. Eldridge (P66452)
> Attorneys for Defendants
> One Michigan Avenue, Suite 900
> Lansing, MI 48933
> (517) 483-4918
> eldridge@millercanfield.com