UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOPHIA BALOW, et al.,

    Plaintiffs,

v.

Case No. 1:21-cv-44

Hon. Hala Y. Jarbou

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.
_____/

## **AMENDED ORDER**

The Court held a motion hearing and status conference on the record, with all parties present, on April 26, 2022. For the reasons stated on the record,

**IT IS ORDERED** that Defendants' Motion for Extension of Time to File Dispositive Motions (ECF No. 79) is **GRANTED.** Dispositive motions are due by **August 1, 2022**.

**IT IS FURTHER ORDERED** that Plaintiff's supplemental materials to Plaintiff's Motion for Preliminary Injunction (ECF No. 2) shall be filed by **May 6, 2022**.

**IT IS FURTHER ORDERED** that Defendants' supplemental materials to Plaintiff's Motion for Preliminary Injunction (ECF No. 2) shall be filed by **May 27, 2022**.

**IT IS FURTHER ORDERED** that the bench trial in this matter is adjourned to **January 23, 2023, at 8:30 AM**.

**IT IS FURTHER ORDERED** that the final pretrial conference is adjourned to **January 3, 2023, at 1:00 PM**.

Order amended to correct case caption.

Dated:   April 29, 2022                         /s/ Hala Y. Jarbou
                                                                    HALA Y. JARBOU
                                                                    UNITED STATES DISTRICT JUDGE