UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOPHIA BALOW, et al.,

    Plaintiffs,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.

_____/

Case No. 1:21-cv-44

Hon. Hala Y. Jarbou

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that Plaintiffs' motion for a preliminary injunction (ECF No. 2) is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that Defendants' objection to Plaintiffs' supplemental evidence (ECF No. 106) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants shall submit to the Court a Title IX compliance plan within 60 days of the entry of this Order.

Dated: August 8, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE