UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOPHIA BALOW, et al.,

      Plaintiffs,                             Case No. 1:21–cv–44

v.                                        Hon. Hala Y. Jarbou

MICHIGAN STATE UNIVERSITY, et al.,

      Defendants.
_____/

## ORDER

      Before the Court is Defendants' Motion and Brief to Amend Stay Pending Appeal (ECF No. 125). Plaintiffs' counsel has indicated that "they 'do not agree with the requested extension of the Court's stay, but will not resist.'" (ECF No. 126, PageID.2406.) Accordingly, **IT IS ORDERED** that Defendants' motion (ECF No. 125) is **GRANTED**. The previously issued stay of the preliminary injunction pending appeal (ECF No. 123) is amended to provide that the stay shall remain in place until 14 days following any denial of Defendants' certiorari petition.

      IT IS SO ORDERED.

Dated:  October 14, 2022                             /s/ Hala Y. Jarbou
                                                       HALA Y. JARBOU
                                                       Chief United States District Judge