UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOPHIA BALOW, et al.,

       Plaintiffs,                      Case No. 1:21–cv–44

v.                                  Hon. Hala Y. Jarbou

MICHIGAN STATE UNIVERSITY, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:             December 19, 2022   09:00 AM
Chief Judge:          Hala Y. Jarbou
Place/Location:      128 Federal Building, Lansing, MI

                                                   HALA Y. JARBOU
                                                   Chief United States District Judge

Dated:  December 12, 2022      By:   /s/ Kelly J. Wilkes_____
                                                 Case Manager