# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

December 12, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

> **FILED**
> Dec 12, 2022
> DEBORAH S. HUNT, Clerk

Re: Michigan State University, et al.
v. Sophia Balow, et al.
No. 22-93
(Your No. 21-1183)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk