# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:21-cv-00044-HYJ | 1/12/2023 | 1:21 - 3:18 PM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Balow et al v. Michigan State University et al |

## APPEARANCES

Attorney: | Representing:

| Attorney | Representing |
|---|---|
| Brian Edward Koncius<br><br>Jill Zwagerman<br><br>Lori Bullock | Plaintiffs |
| Ashley N. Higginson<br><br>Scott Eldridge | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:**

Continued Settlement Conference Held; Mediator Proposal offered; hearing to resume January 13, 2023.

Proceedings NOT Recorded
Deputy Clerk:  A. Doezema