# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

SOPHIA BALOW, et al.,

    Plaintiffs,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.

Civil Action No. 1:21-cv-0044

Hon. Hala Y. Jarbou

Magistrate Judge Phillip J. Green

| | |
|---|---|
| BAILEY GLASSER, LLP<br>Lori Bullock AT0012240<br>PO Box 197, Akeny, IA 50023<br>Telephone: (515) 416-9051<br>lbullock@baileyglasser.com<br>*Attorney for Plaintiffs*<br><br>NEWKIRK ZWAGERMAN, PLC<br>Jill Zwagerman, AT0000324<br>Danya Keller AT0012300<br>521 E. Locust Street, Suite 300<br>Des Moines, IA 50309<br>Telephone: (515) 883-2000<br>jzwagerman@newkirklaw.com<br>dkeller@newkirklaw.com<br>*Attorney for Plaintiffs*<br><br>BOGAS & KONCIUS, PC<br>Brian E. Koncius (P69278)<br>Local Counsel for Plaintiffs<br>31700 Telegraph Road, Suite 160<br>Bingham Farms, MI 48025<br>Telephone: (248) 502-5001<br>bkoncius@kbogaslaw.com<br>*Attorney for Plaintiffs* | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>Scott R. Eldridge (P66452)<br>Brian M. Schwartz (P69018)<br>Ashley N. Higginson (P83992)<br>Erika L. Giroux (P81998)<br>One Michigan Ave. Suite 900<br>Lansing, MI 48933<br>eldridge@millercanfield.com<br>schwartzb@millercanfield.com<br>higginson@millercanfield.com<br>giroux@millercanfield.com<br>*Attorneys for Defendants*<br><br>MICHIGAN STATE UNIVERSITY OFFICE OF THE GENERAL COUNSEL<br>Elizabeth M. Watza (P81129)<br>426 Auditorium Rd., Rm. 494<br>East Lansing, MI 48824-2600<br>(517) 353-4934<br>abturiel@msu.edu<br>*Attorneys for Defendants* |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

    This matter, having come before the Court on the parties' stipulation to dismiss Plaintiffs' lawsuit with prejudice after successful mediation, as confirmed on the record during a hearing on Friday, January 13, 2023, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED**, for the reasons stated on the record, that this matter, including all claims asserted and which could have been asserted, is DISMISSED in its entirety WITH PREJUDICE, and without an award of fees or costs to any party.

This is a final order and closes the case.

Date:

                                          Hon. Hala Y. Jarbou
                                          District Court Judge
                                          United States District Court for W.D. Mich.

Stipulated by:

| PLAINTIFFS | DEFENDANTS |
|---|---|
| *s/Lori Bullock* <br> NEWKIRK ZWAGERMAN, PLC <br> Jill Zwagerman, AT0000324 <br> Lori Bullock AT0012240 <br> Danya Keller AT0012300 <br> 521 E. Locust Street, Suite 300 <br> Des Moines, IA 50309 <br> Telephone: (515) 883-2000 <br> Fax: (515) 883-2004 <br> jzwagerman@newkirklaw.com <br> dkeller@newkirklaw.com <br> lbullock@newkirklaw.com <br> *Attorney for Plaintiffs* | *s/ Scott Eldridge (with consent)*_____ <br> MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. <br> Scott R. Eldridge (P66452) <br> Brian M. Schwartz (P69018) <br> Ashley N. Higginson (P83992) <br> Erika L. Giroux (P81998) <br> One Michigan Ave. Suite 900 <br> Lansing, MI 48933 <br> eldridge@millercanfield.com <br> schwartzb@millercanfield.com <br> higginson@millercanfield.com <br> giroux@millercanfield.com <br> *Attorneys for Defendants* |